**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MAURICE ALLEN TOICH, | ) Case No.: 5:14-cv-00095-MAN |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Stipulation For Dismissal, which was filed on November 13, 2014, and subparagraphs (A)(ii) and (B) of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses. IT IS SO ORDERED.

DATE: November 17, 2014

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-